Your Honor,

    I truly regret going to DC for Trump's rally on January 6th 2021.  In hindsight, I wish I had just stayed home and watched it on TV.  I went though and I stayed for President Trump's entire rally.  I walked to the Capitol because I had seen an online flyer that said there were going to be some guest speakers near the Capitol that I wanted to see.

    I was not violent. I didn't realize the bigger picture of what was happening in the moment.  If I knew there were people being hurt I would have stayed far away.  I will l never go to a political event or protest again after this experience.  It was my first one and also my last one.

    As I got closer to the Capitol I saw a stream of people going up the stairs and I followed them up to a door where people were going in. I don't believe I saw any barricades or signs to stay away but I did hear an alarm.  Upon entering I saw a police officer standing there and he told me "You are in. Just be respectful."

    I now know after watching the January 6 Committee hearings it was just because they were overwhelmed.  If he or anyone else had asked me to leave or told me we were not allowed inside I would have left.  I saw several police inside casually standing around which to me made it appear as though everything was ok.  I did see some guys knock over a few of those velvet rope poles and I picked them up and fixed them as I thought it was very rude and disrespectful.

    The Capitol building was very beautiful and majestic to me and I respected it while I was there.  I didn't break or steal anything or go anywhere that looked off limits.  I just walked through some of the main areas. It wasn't until I got back to the hotel and turned on the news that I saw all the violence and chaos.

    I hope that people will look at this January 6th tragedy and be dissuaded to go into Capitol buildings. I really am an easy going guy. I will stay out of trouble and lead a productive and mellow life.  I go to work and I stay home a lot and generally just take it easy nowadays.

    I am highly embarrassed of my participation in this event and after this whole experience I do not ever want to attend any kind of political event or rally or protest ever again.  It was both my first and my last.  I can say that I have learned my lesson. My heart goes out to those who lost their lives that day and in the following days.

Brian Jones